# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No. 15-1755,  <u>Clayland Farm Enterprises, LLC v. Talbot County, Maryland</u>
              1:14-cv-03412-JFM

TO:    Mark F. Gabler

FILING CORRECTION DUE:  August 20, 2015

Please make the correction identified below by the date indicated.

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[**X**] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ ] Document requires signature. Please sign and refile the document.

[**X**] Other: There appears to be a blank page between page numbers iii and 1.

[**X**] There is no need to identify the brief as "Corrected" to remedy these errors. You need only to correct the items and refile the brief. Should you need assistance with filing a text-searchable document, please contact the ECF Help Desk at (804) 916-2767.

Amy L. Carlheim, Deputy Clerk
804-916-2702